UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| NORMAN WALKER, on behalf of himself ) <br> and all others similarly situated, ) <br>                 Plaintiff ) <br> ) <br>     v.                                           ) <br> ) <br> TEACHERS INSURANCE AND ANNUITY ) <br> ASSOCIATION OF AMERICA – COLLEGE ) <br> RETIREMENT AND EQUITIES FUND ) <br> (TIAA-CREF), COLLEGE RETIREMENT ) <br> AND EQUITIES FUND (CREF), TIAA-CREF ) <br> INVESTMENT MANAGEMENT, LLC (TCIM), ) <br> TEACHERS ADVISORS, INC. (TAI), and ) <br> TIAA-CREF INDIVIDUAL & INSTSITUTIONAL ) <br> SERVICES, LLC, ) <br>                 Defendants ) | Docket No. 1:09-CV-190 |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSIONS OF TIME

Plaintiff Norman Walker, by his attorneys, Gravel and Shea, moves for an extension of time to February 7, 2011, to file a Reply Memorandum In Support of Class Certification and to February 21, 2011, to file a Memorandum in Opposition to Defendants' Motion for Summary Judgment. Defendants do not oppose the requested extensions.

Dated:         Burlington, Vermont
                  January 21, 2011

                                                /s/ *Norman Williams*
                                                Norman Williams, Esq.
                                                Gravel and Shea, A Professional Corporation
                                                P. O. Box 369
                                                Burlington, VT  05402-0369
                                                (802) 658-0220
                                                nwilliams@gravelshea.com
                                                For Plaintiff