UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| CHRISTINE BAUER-RAMAZANI, on behalf of herself and all others similarly situated,<br>    Plaintiff<br><br>   v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS' INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>    Defendants<br><br>CAROLYN B. DUFFY and SARAH E. CUMMINGS,<br>    Intervenors | Docket No. 1:09-CV-190 |

### PLAINTIFF NORMAN WALKER'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FED.R.CIV.P. 54(b)

Norman Walker, by his attorneys Gravel and Shea and Kozyak Tropin & Throckmorton, P.A., moves for entry of final judgment under Fed.R.Civ.P. 54(b) as to himself. All claims asserted by Mr. Walker have been decided against him, and there is no just reason for delay. Mr. Walker's claims are separate from those remaining to be adjudicated, since this Court has held that TIAA-CREF paid Plaintiff Walker the value to which he was entitled by the fund prospectus

gravel &
shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

but did not do so with respect to Plaintiff Bauer-Ramazani. *See* Doc. 146 at 5. Plaintiff Walker also asserted state law claims which this Court has held are pre-empted by ERISA. *See* Doc. 21. Such claims are not asserted by Plaintiff Bauer-Ramazani.

Dated:   Burlington, Vermont
         September 21, 2012

/s/ Norman Williams
Norman Williams, Esq.
Robert B. Hemley, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
nwilliams@gravelshea.com
rhemley@gravelshea.com

and

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Miami, FL  33134
tr@kttlaw.com
For Plaintiff

<716071v1/NCW>

gravel & shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION