UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| CHRISTINE BAUER-RAMAZANI, on behalf of herself and all others similarly situated,<br>　　　　　Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>) | Docket No. 1:09-CV-190 |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA – COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND (CREF), TEACHERS' INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), TIAA-CREF INVESTMENT MANAGEMENT, LLC (TCIM), TEACHERS ADVISORS, INC. (TAI), and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| CAROLYN B. DUFFY and SARAH E. CUMMINGS,<br>　　　　　Intervenors | )<br>)<br>) | |

CERTIFICATE OF SERVICE

I, Norman Williams, Esq., attorney for Plaintiff, certify that on September 21, 2012, I served Plaintiff Norman Walker's Motion for Entry of Final Judgment Under Fed.R.Civ.P. 54(b), through the CM/ECF system on the following individuals:

　　Christopher D. Catalano, Esq. (ccatalano@omm.com)
　　Elizabeth R. Wohl, Esq. (ewohl@drm.com)
　　R. Bradford Fawley, Esq. (bfawley@drm.com)

gravel & shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 2 -

Additionally, these documents were served on September 21, 2012 by first-class mail, postage prepaid on the following individual:

Robert N. Eccles, Esq.
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006

Dated:       Burlington, Vermont
             September 21, 2012

/s/ Norman Williams
Norman Williams, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
nwilliams@gravelshea.com
For Plaintiff

<386449v19/NCW>

gravel & shea | ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION

- 2 -