# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| NORMAN WALKER and CHRISTINE BAUER-RAMAZANI on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Docket No. 1:09-cv-190<br>)<br>) |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA - COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF), COLLEGE RETIREMENT AND EQUITIES FUND, TIAA-CREF INVESTMENT MANAGEMENT, LLC, TEACHERS ADVISORS, INC., AND TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REVISED THIRD AMENDED COMPLAINT**

Defendants do not oppose plaintiff s motion for leave to file a revised Third Amended Complaint. (ECF No. 190.) In agreeing not to oppose this motion, however, Defendants expressly reserve all rights to move against the revised Third Amended Complaint, deny any allegations in it, and otherwise respond to it once plaintiff files it.

Dated:  October 1, 2012                         O MELVENY & MYERS LLP

By: /s/ Christopher D. Catalano
Robert N. Eccles (*pro hac vice*)
Christopher D. Catalano (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Phone: (202) 383-5300
Fax:    (202) 383-5414
Email:  beccles@omm.com
        ccatalano@omm.com

By: /s/ Elizabeth R. Wohl
Elizabeth R. Wohl
Downs Rachlin Martin PLLC
28 Vernon Street, P.O. Box 9
Brattleboro, VT 05302-0009
Phone: (802) 258-3070
Fax:    (802) 258-4875
Email: ewohl@drm.com

Counsel for Defendants

- 2 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I electronically filed Defendants' Statement of Non-Opposition to Plaintiff's Motion for Leave to File Revised Third Amended Complaint, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                   /s/ Elizabeth R. Wohl
                                                    Elizabeth R. Wohl

13659155.1-ERW