AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

| | |
|---|---|
| NORMAN WALKER, CHRISTINE BAUER-RAMAZANI and CAROLYN B. DUFFY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA - COLLEGE RETIREMENT AND EQUITIES FUND (TIAA-CREF) et al,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 1:09-cv-190 |

    **Jury Verdict.** This action came before the Court for trial by jury. The issues have been Tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came to trial or hearing before the Court. The issues Have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Doc. No. 420) dated February 25, 2014, the parties' Joint Motion for Entry of Final Judgment Against Norman Walker (Doc. No. 419) is GRANTED. Pursuant to the Court's Memorandum and Order (Doc. No. 186) filed September 7, 2012, Plaintiff's Motion for Reconsideration (Doc. No. 139) was GRANTED and the Court affirms it's ruling (entered orally at hearing held September 19, 2011) granting Defendants' Motion for Summary Judgment (Doc. No. 61). JUDGMENT is hereby entered for Defendants Teachers Insurance and Annuity Association of America - College Retirement and Equities Fund (TIAA-CREF), College Retirement and Equities Fund (CREF), TIAA-CREF Investment Management, LLC (TCIM), Teachers Advisors, Inc., (TAI), and TIAA-CREF Individual and Institutional Services, LLC, against Plaintiff Norman Walker.

| | |
|---|---|
| Date:  March 14, 2014 | JEFFREY S. EATON<br>Clerk<br><br>/s/Kathleen Korstange<br>(By) Deputy Clerk |

JUDGMENT ENTERED ON
DATE: March 14, 2014